UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-tp-80008-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY GRIMSLEY,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND FINDING VIOLATIONS OF SUPERVISED RELEASE**

    This matter comes before the Court upon a Report and Recommendation by Magistrate Judge Shaniek M. Maynard, in which she recommends that the Court find that Defendant Timothy Grimsley violated the terms of his supervised release as set forth in Violation Numbers 1, 2, 3, and 4 in the Petition at docket entry 2. DE 13.

    Defendant objects to a finding of one of the four violations—that for failing to refrain from violation of the law by committing the offense of driving under the influence. DE 14. Defendant argues that, before jurisdiction of his supervised release was transferred from the Middle District of Florida to this District, this same violation was presented to a Middle District Judge, and that Judge "resolved" the violation by concurring with Probation's recommendation that "no action be taken at that time and allow the state sanctions to be sufficient in response to the non-compliant behavior." *Id.*

    Defendant provides no authority to support his assertion that a finding of the violation by this Court "puts him at jeopardy twice for the same conduct." *Id.* And, by Defendant's own

admission, the Middle District Judge determined that "no action be taken *at that time*." *Id.* (emphasis added). That determination did not foreclose action being taken at some future time, more specifically and as relevant here, at such time as Defendant may accumulate three additional violations of supervised release.

The Court has reviewed Defendant's Objections [DE 14], the Government's Response thereto [DE 16], and the record and is otherwise fully advised in the premises. The Court finds Judge Maynard's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Shaniek M. Maynard's Report and Recommendation [DE 13] is **ADOPTED** as the Order of the Court.

2. Defendant Timothy Grimsley's Objections [DE 14] are **OVERRULED**.

3. Defendant Timothy Grimsley is found to have violated the terms of his supervised release as set forth in Violation Numbers 1, 2, 3, and 4 in the Petition at docket entry 2.

4. The Court will schedule a sentencing hearing by separate order.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of April, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2